IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STARS GPS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:12-00098 |
| | ) JUDGE HAYNES |
| RONNIE BENZ, | ) |
| Defendant. | ) |

# ORDER

The initial case management conference is reset in this action for **Monday, October 29, 2012 at 10:00 a.m. in Columbia, Tennessee**.

It is so **ORDERED**.

ENTERED this the 27th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge