IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STARS GPS, LLC, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:12-cv-00098 |
| v. | ) |
| | ) Judge William J. Haynes |
| RONNIE BENZ, | ) |
| Defendant. | ) |

*[Handwritten annotation: OWEN / This motion is DENIED for reasons stated in open court. / will say / [illegible] / 10-26-12]*

**PLAINTIFF'S MOTION TO DISMISS CROSS-COMPLAINT**

Plaintiff, STARS-GPS, LLC ("STARS-GPS"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss Defendant's "Cross-Complaint." As set forth in the accompanying Memorandum, Defendant has failed to state any claim against Plaintiff for which relief may be granted. In support of this Motion, Plaintiff relies on the Memorandum in Support filed contemporaneously herewith.

Dated: October 17, 2012

Respectfully submitted,

s/ William S. Rutchow
William S. Rutchow, TN Bar No. 017183
Charlotte S. Wolfe, TN Bar No. 027765
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Counsel for Plaintiff