In the United States District Court
For The Middle District OF Tennessee
Nashville Division

| | |
|---|---|
| STARS-GPS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12-CV-00098 |
| RONNIE BENZ, | ) Judge William J. Haynes |
| Defendant. | ) |

## ~~PROPOSED~~ AGREED ORDER

This matter is before the Court on the parties' Joint Motion to Amend the Case Management Order. Good cause having been shown, the parties' Joint Motion to Amend the Case Management Order is hereby granted.

Accordingly, the deadline for completion of discovery is extended to December 24, 2013 and the deadline to file any dispositive motions is extended to January 24, 2014.

It is so ORDERED this 28th day of October, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE