In the United States District Court
For The Middle District OF Tennessee
Nashville Division

| | |
|---|---|
| STARS-GPS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12-CV-00098 |
| RONNIE BENZ, | ) ) Judge William J. Haynes |
| Defendant. | ) ) ) |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties, each party to bear its own costs.

IT IS ACCORDINGLY ORDERED that the above-captioned matter shall be dismissed with prejudice.

It is so ORDERED this 2nd day of January, 2014.

_____
WILLIAM J. HAYNES, JR.
UNITED STATES DISTRICT COURT JUDGE